IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KELVIN JEROME FIELDS,                 )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )        CASE NO. CV417-129
                                      )
JOHN T. WILCHER, Sheriff;             )
DENNIS O'BRIAN JR., Attorney;         )
JAMES HUTCHERSON, Detective;          )
and JUNE FOGLE, Attorney;             )
                                      )
        Defendants.                   )
_____)

U. S. DISTRICT COURT
Southern District of GA
Filed In Office

8 30 20 17 M

Deputy Clerk

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections[1] have been filed. (Doc. 5.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _30th_ day of August 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_____

[1] Plaintiff filed a Memorandum in response to the Report and Recommendation stating that he did not object to the Magistrate Judge's recommendation that his complaint be dismissed without prejudice. (Doc. 9.)